### FRANK MCCORMACK *vs.* WILLIAM M. MARTIN.

Third Judicial District.

Argued April 20th—decided April 26th, 1899.

ACTION to recover damages for personal injuries caused by the bite of a dog alleged to have been owned and kept by the defendant, brought to the Court of Common Pleas for Fair-

748

Clark *v.* Holmes.

field County and tried to the jury, upon a general denial, before *Walsh, J.;* verdict and judgment for the plaintiff for $150 damages, and appeal by the defendant for alleged error of the court in refusing to grant his motion for a new trial upon the ground that the verdict was against the evidence. *No error.*

*Henry W. Gregory,* for the appellant (defendant).

*John J. Walsh,* with whom was *Alfred E. Austin,* for the appellee (plaintiff).

BY THE COURT. No error; new trial denied. Opinion filed with the clerk of the Court of Common Pleas, Fairfield County.